430 A.2d 1155

In re ADOPTIONS OF Michele Lynn SHILLITO, Stacey Lucille Shillito and Michael David Shillito.

**Appeal of Michael M. SHILLITO.**

Supreme Court of Pennsylvania.

Argued May 21, 1981.

Decided June 4, 1981.

Albert G. Blakey, III, York, for appellant.

Peter D. Solymos, York, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### OPINION

PER CURIAM:

Decree affirmed. Each party pay own costs.

O'BRIEN, C.J., did not participate in the consideration or decision of this case.